Arrow Lathing & Plastering, Inc., a Corporation, Plaintiff-Appellee, v. Schaulat Plumbing Supply Company, Inc., Defendant-Appellee, v. Harold Tottleben, d/b/a C. & F. Builders, Hattie E. Tottleben, and Unknown Owners, Defendants, v. Walter E. Wille, et al., and Union Savings & Loan Association, Defendants-Appellants.

Gen. No. 66–142.

Fifth District.

July 5, 1967.

Harrison & Taylor, of Collinsville, for appellants; R. H. Burroughs, of Collinsville, for appellee. Opinion by JUSTICE GOLDENHERSH. Not to be pubished in full.